UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| vs. | )    Case No.4:00-cr-00161-CLS-HGD |
| | ) |
| **JOSEPH CREWS** | ) |

**ORDER**

On December 10, 2008, the magistrate judge entered a report and recommendation that the "Demand to Quash Due to Assuming Facts Not in Evidence, Falsification of the Record, Withholding Exculpatory Evidence, Denial of Due Process, Fraud, and the Court's Lacks of Jurisdiction" (doc. no. 70) filed by defendant, Joseph Crews, be construed as a Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 and that the motion be denied as barred by 28 U.S.C. § 2255(e), (f) and (h).  The parties were allowed therein eleven (11) days in which to file objections to the report and recommendation.  On December 22, 2008, Crews filed objections to the report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the objections thereto, the court hereby ADOPTS the report , and ACCEPTS the recommendations of the magistrate judge.  Accordingly, it is ORDERED, ADJUDGED and DECREED that the "Demand to Quash Due to Assuming Facts Not in Evidence, Falsification of the Record, Withholding

Exculpatory Evidence, Denial of Due Process, Fraud, and the Court's Lacks of Jurisdiction" filed by defendant, Joseph Crews is CONSTRUED as a Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 and the motion is due to be and hereby is DENIED as barred by 28 U.S.C. § 2255(e), (f) and (h).

DONE this 23rd day of February, 2009.

_____
United States District Judge